IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:21cr449-MHT
                            )            (WO)
HERMAN RANKIN, JR.          )
```

ORDER

The court, having accepted defendant Herman Rankin, Jr.'s guilty plea, is of the opinion that defense counsel must develop a supervised-release plan that will, among other things, best help defendant Rankin to comply with all SORNA requirements in the future.  Accordingly, it is ORDERED that:

(1) Sentencing is continued generally.

(2) A status conference is set for November 2, 2022, at 9:00 a.m.  At that conference, the parties should be prepared to discuss (i) when defense counsel will be able to develop an adequate supervised-release plan and (ii) when sentencing should resume.  The courtroom deputy is to arrange for the conference to take place by telephone.

DONE, this the 26th day of October, 2022.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE